UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jackie Fitzhenry-Russell, et al.

Plaintiff(s)

v.

Dr Pepper Snapple Group, Inc., et al.,

Defendant(s).

Case No. C 5:17-cv-00564

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: February 16, 2017

NAME: Jonathan A. Shapiro

COUNSEL FOR (OR "PRO SE"): DR PEPPER SNAPPLE GROUP, INC. and DR PEPPER/SEVEN UP, INC.

*Signature*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I electronically file the above document with the U.S. District Court Northern District of California by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

*/s/ Katrina E. Hardy*
Katrina E. Hardy