UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FITZHENRY-RUSSELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., et al.,<br><br>Defendants. | Case No. 17-cv-00564 NC<br><br>**ORDER ON FIRST DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 68 |

Plaintiffs filed with the Court a letter brief on a discovery dispute regarding defendants' refusal to respond to document requests. Dkt. No. 68. Defendants argue discovery is not yet open. The Court disagrees; discovery is open. Defendant must comply with and respond to plaintiffs' discovery request. The Court does not reach the issue of whether defendants waived their right to object to the discovery requests.

**IT IS SO ORDERED.**

Dated: July 26, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00564 NC