UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FITZHENRY-RUSSELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., et al.,<br><br>Defendants. | Case No. 17-cv-00564 NC<br><br>**ORDER REGARDING MINUTE ORDER ON DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 71 |

In its July 26, 2017, minute order, the Court erroneously stated: "The Court has considered defendant's letter brief, but does amend the order that was issued after plaintiffs' submission." Dkt. No. 71. The statement was meant to state that the Court had considered defendant's letter brief, but did *not* amend the order issued after plaintiffs' submission on July 25. The Court apologizes for any confusion the minute order may have caused the parties. Lastly, the Court reaffirms that it will not intervene in the parties' case management plan, and it reiterates its expectation that the parties will work together in good faith to resolve procedural disputes. Fed. R. Civ. P. 1.

**IT IS SO ORDERED.**

Dated: August 1, 2017    _____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00564 NC