1  **BAKER BOTTS L.L.P.**
   Jonathan A. Shapiro (SBN# 257199)
2  jonathan.shapiro@bakerbotts.com
   101 California Street, Suite 3600
3  San Francisco, CA 94111
   Telephone:   (415) 291-6204
4  Facsimile:   (415) 291-6304

5  Van H. Beckwith (*pro hac vice*)
   van.beckwith@bakerbotts.com
6  Jessica E. Underwood (*pro hac vice*)
   jessica.underwood@bakerbotts.com
7  2001 Ross Avenue, Suite 600
   Dallas, TX 75201-2980
8  Telephone:   (214) 953-6500
   Facsimile:   (214) 953-6503
9
   Attorneys for Defendants
10 DR PEPPER SNAPPLE GROUP, INC. AND
   DR PEPPER/SEVEN UP, INC.
11

                    UNITED STATES DISTRICT COURT
12                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| JACKIE FITZHENRY-RUSSELL AND ROBIN DALE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., DR PEPPER/SEVEN UP, INC., and DOES 1-50,<br><br>Defendants. | Case No. 5:17-cv-00564-NC<br><br>**DEFENDANTS DR PEPPER SNAPPLE GROUP, INC. AND DR PEPPER/SEVEN UP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT UNDER RULES 12(B)(2), 12(B)(6) AND 9(B), OR ALTERNATIVELY, MOTION TO STRIKE UNDER RULE 12(F)**<br><br>Date: September 27, 2017<br><br>Time: 1:00 p.m.<br><br>Courtroom: 7<br><br>Judge: Honorable Nathanael Cousins |

TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED MATTER:

PLEASE TAKE NOTICE that on Wednesday, September 27, 2017, at 1:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7 before the Honorable Nathanael Cousins of the above-entitled Court, Defendants Dr Pepper Snapple Group, Inc. and Dr Pepper/Seven Up, Inc. ("Defendants") will and hereby do move the Court to dismiss Plaintiffs Jackie Fitzhenry-Russell and Robin Dale's Consolidated Amended Complaint against them, alleging violations of the Consumers Legal Remedies Act, CAL. CIV. CODE § 1750, *et. seq.*, the False Advertising Law, CAL. BUS. & PROF. CODE § 17500, *et. seq.*, the Unlawful Competition Law, CAL. BUS. & PROF. CODE § 17200, *et. seq.*, common law claims for fraud, deceit and misrepresentation, and their prayer for declaratory and injunctive relief, restitution, compensatory damages, statutory and punitive damages, and attorneys' fees and costs.

Defendants move for dismissal under Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 9(b) as to each cause of action on the grounds that *(i)* the Court lacks personal jurisdiction over Defendants with respect to the claims asserted against them in the Consolidated Amended Complaint; *(ii)* Plaintiffs have failed to state a claim based on Defendants' website and television advertising; and *(iii)* Plaintiffs' claims are preempted and, for this reason, fail to adequately plead a cognizable claim.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the record of this action; all matters of which the Court may take notice; and any arguments presented at the time of hearing.

WHEREFORE, Defendants request that the Court:

(1) Dismiss the Consolidated Amended Complaint with prejudice;

(2) Enter judgment in favor of Defendants, and against Plaintiffs, on all claims; and

(3) Award any other relief that is just and proper.

Respectfully submitted,

DATED: August 18, 2017          By: /s/ Jonathan A. Shapiro

**BAKER BOTTS L.L.P.**
Jonathan A. Shapiro (SBN# 257199)
jonathan.shapiro@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone:   (415) 291-6204
Facsimile:    (415) 2916304

Van H. Beckwith (*pro hac vice*)
van.beckwith@bakerbotts.com
Jessica E. Underwood (*pro hac vice*)
jessica.underwood@bakerbotts.com
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980
Telephone:   (214) 953-6500
Facsimile:    (214) 953-6503

Attorneys for Defendants
DR PEPPER SNAPPLE GROUP, INC. AND
DR PEPPER/SEVEN UP, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the above document with the U.S. District Court for the Northern District of California by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro