United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FITZHENRY-RUSSELL, et al., Plaintiffs, v. DR. PEPPER SNAPPLE GROUP, INC., et al., Defendants. | Case No. 17-cv-00564 NC **ORDER TO SHOW CAUSE REGARDING MARGARIAN LAW FIRM** Re: Dkt. No. 119 |

The Margarian Law Firm appears as counsel of record for plaintiff Gegham Margaryan, but have not filed appearances in this case as required under Civil Local Rule 5-1(c)(2). The Margarian Law Firm was not named as lead class counsel in this case, but has appeared in the caption of documents filed by plaintiffs in this case since at least October 31, 2017. Dkt. No. 97. Attorneys Margarian and Ovsepyan of the Margarian Law Firm have participated in the depositions that are at issue in the discovery letter briefs filed with the Court yesterday. Dkt. No. 126. Indeed, both attorneys Margarian and Ovsepyan were accused of engaging in improper behavior at the deposition of plaintiff Margaryan. Thus, the Court is concerned about attorneys that have not even appeared before it potentially misbehaving at depositions in this case. The Court explicitly named Gutride Safier LLP as lead counsel in this case. Dkt. No. 60; *see also In re Anthem Data Breach Litigation*, Case No. 15-md-02617 LHK, dkt. no. 972 (expressing disappointment at the retention of multiple law firms to represent a class, and the duplication of efforts and

Case No. 17-cv-00564 NC

inefficiency this caused).

Thus, the Court ORDERS the Margarian Law Firm to file their appearances before the Court, and file a document explaining what the firm's role is in this case. This document must be filed with the Court by March 14, 2018.

**IT IS SO ORDERED.**

Dated: March 7, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge