1            IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3   JACKIE FITZHENRY-RUSSELL
    AND GEGHAM MARGARYAN, as
4   individuals, on behalf of
    themselves, the general
5   public and those
    similarly situated,

6
        Plaintiffs,
7
    VS.                     CASE NO. 17-CV-00564-NC
8
    KEURIG DR. PEPPER, INC.,
9   DR. PEPPER/SEVEN UP,     **\CERTIFIED COPY**
    INC., and DOES 1-50,
10
        Defendants.
11   _____/

12         Oral and Videotaped

13            Deposition of

14             KEITH UGONE

15      Monday, October 15, 2018

16              Volume II

17

18   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

20

21   REPORTED BY:  TAMMY LEA STAGGS, TEXAS CSR #7496

22

23

24           NOGARA REPORTING SERVICE
             5 Third Street, Suite 415
25        San Francisco, California 94103
                (415) 398-1889

1             ORAL AND VIDEOTAPED DEPOSITION OF KEITH UGONE,

2    produced as a witness at the instance of the PLAINTIFFS,

3    and duly sworn, was taken in the above-styled and

4    numbered cause on the 15th of October, 2018, from 11:08

5    a.m. to 3:03 p.m., before Tammy Staggs, CSR in and for

6    the State of Texas, reported by machine shorthand, at

7    the law offices of Baker Botts, LLP, 1100 Trammell Crow

8    Center, 2001 Ross Avenue, Dallas, Texas, pursuant to the

9    Federal Rules of Civil Procedure and the provisions

10   stated on the record or attached hereto.  That the

11   deposition shall be read and signed under penalties of

12   perjury.  That the deposition shall be read and signed

13   before any notary public.

14

15

16

17

18

19

20

21

22

23

24

25

Case 5:17-cv-00564-NC   Document 257-2   Filed 11/27/18   Page 3 of 33

```
 1                A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:
          Adam Gutride, Esq. (Via videoconference)
 3        GUTRIDE SAFIER, LLP
          100 Pine Street
 4        Suite 1250
          San Francisco, California  94111
 5        415.789.6390
          adam@gutridesafier.com
 6

 7   FOR THE DEFENDANTS:
 8        Monica Smith, Esq.
          BAKER BOTTS, L.L.P.
 9        2001 Ross Avenue
          Suite 800
10        Dallas, Texas  75201-2980
          214.953.6610
11        monica.smith@bakerbotts.com

12

13   ALSO PRESENT:
          Patrick Leal - Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | (All exhibits premarked before the deposition.) | 11:07:46 |
| 3 | THE VIDEOGRAPHER:  This is the beginning | 11:07:46 |
| 4 | of the video recorded deposition of... | 11:07:54 |
| 5 | THE REPORTER:  Keith Ugone. | 11:08:01 |
| 6 | THE WITNESS:  Keith Ugone. | 11:08:01 |
| 7 | THE VIDEOGRAPHER:  Keith Ugone.  Did I | 11:08:01 |
| 8 | say that right? | 11:08:01 |
| 9 | THE WITNESS:  Close enough. | 11:08:01 |
| 10 | THE VIDEOGRAPHER:  Okay.  In the case of | 11:08:05 |
| 11 | Fitzhenry-Russell vs. Keurig Dr. Pepper in the United | 11:08:08 |
| 12 | States District Court for the Northern District of | 11:08:13 |
| 13 | California.  Case No. 5:17-CV-00564-NC.  Today is | 11:08:14 |
| 14 | October 15th, 2018.  The time is approximately 11:08 | 11:08:25 |
| 15 | a.m. | 11:08:31 |
| 16 | This deposition is taking place pursuant | 11:08:33 |
| 17 | to Notice at the offices of -- | 11:08:35 |
| 18 | THE REPORTER:  Baker Botts.  Baker Botts. | 11:08:41 |
| 19 | THE VIDEOGRAPHER:  -- Baker Botts located | 11:08:43 |
| 20 | at 2000 Ross Avenue, Suite 1100. | 11:08:44 |
| 21 | My name is Patrick Leal.  I'm the | 11:08:49 |
| 22 | videographer.  My company is OH Larkins Media Group. | 11:08:52 |
| 23 | And my business address is 305 Bryce street, Denton, | 11:08:53 |
| 24 | Texas 76201. | 11:08:58 |
| 25 | The -- the original recording of this -- | 11:09:03 |

| | | |
|---|---|---|
| 1 | this deposition will be maintained by counsel for the | 11:09:05 |
| 2 | Plaintiff Gutride Safier, L.L.P. | 11:09:10 |
| 3 | Would counsel please introduce | 11:09:12 |
| 4 | themselves. | 11:09:14 |
| 5 | MR. GUTRIDE: Yes, good morning. Adam | 11:09:17 |
| 6 | Gutride on behalf of the Plaintiffs. | 11:09:20 |
| 7 | MS. SMITH: Monica Smith on behalf of | 11:09:21 |
| 8 | Keurig Dr. Pepper. | 11:09:23 |
| 9 | THE VIDEOGRAPHER: Would the court | 11:09:26 |
| 10 | reporter please swear the witness. | 11:09:29 |
| 11 | KEITH UGONE, | 11:09:29 |
| 12 | having been first duly sworn, testified as follows: | 11:09:29 |
| 13 | EXAMINATION | 11:09:29 |
| 14 | BY MR. GUTRIDE: | 11:09:43 |
| 15 | Q. Good morning, Dr. Ugone. | 11:09:43 |
| 16 | A. Good morning. | 11:09:44 |
| 17 | Q. This is the second deposition that you have | 11:09:46 |
| 18 | given in this case, so I'm going to dispense with the | 11:09:49 |
| 19 | preliminaries. You understand that you are under oath, | 11:09:54 |
| 20 | right? | 11:09:54 |
| 21 | A. I do. | 11:09:58 |
| 22 | Q. Okay. And, Dr. Ugone, I have questions for | 11:09:58 |
| 23 | you based upon the supplemental declaration that you | 11:10:04 |
| 24 | prepared August 14th, 2008 -- 2018, excuse me. Is that | 11:10:09 |
| 25 | the document you have in front of you? | 11:10:14 |

| | | |
|---|---|---|
| 1 | A.   I'm just going to look to make sure it's the | 11:11:29 |
| 2 | right number of pages and exhibits and -- yeah, 25 | 11:11:32 |
| 3 | exhibits and 111 pages and my signature.  So I'll assume | 11:11:38 |
| 4 | the copy service did okay. | 11:11:44 |
| 5 | Q.   Okay.  Thank you very much. | 11:11:45 |
| 6 | Dr. Ugone, are prices in the San | 11:11:47 |
| 7 | Francisco Bay area representative of prices elsewhere in | 11:11:52 |
| 8 | California? | 11:11:55 |
| 9 | A.   They may not be.  I mean, there can be | 11:11:56 |
| 10 | geographic reasons why prices are different.  As you | 11:11:59 |
| 11 | know, as I say in my report, that prices can vary by | 11:12:02 |
| 12 | sales channel.  Prices can vary by retailer.  Prices can | 11:12:06 |
| 13 | vary by promotional status and so forth.  Package size. | 11:12:13 |
| 14 | And also geographic areas.  So, you know, there can be | 11:12:17 |
| 15 | differences across geographic areas. | 11:12:23 |
| 16 | Q.   Have you done anything to determine whether | 11:12:28 |
| 17 | the prices for the San Francisco Bay area for Canada Dry | 11:12:31 |
| 18 | Ginger Ale are or are not representative of prices | 11:12:39 |
| 19 | throughout California? | 11:12:42 |
| 20 | A.   That wasn't the purpose of the analysis to say | 11:12:43 |
| 21 | that they were representative of prices across all of | 11:12:48 |
| 22 | California.  Because clearly in my report, I make a | 11:12:50 |
| 23 | distinction between prices in different geographic | 11:12:56 |
| 24 | areas.  But I did not attempt, nor did I assert, that | 11:12:59 |
| 25 | those prices -- the level of the prices were | 11:13:03 |

Case 5:17-cv-00564-NC   Document 287-2   Filed 11/27/18   Page 7 of 33

1   representative across the entire state of California.      11:13:06

2   But that was not why I -- I looked at some of those        11:13:09

3   prices in the retail outlets or in the IRI data.           11:13:12

4       Q.   What about prices in Los Angeles?  Are those      11:13:17

5   prices for Canada Dry Ginger Ale representative of         11:13:21

6   prices elsewhere in California?                            11:13:24

7       A.   Again, I would -- I mean, I can give you a        11:13:26

8   complete answer or say my answer would very -- be very     11:13:30

9   similar to San Francisco.  That, first of all, we were     11:13:33

10  doing that analysis for a difference and a purpose.  But   11:13:37

11  I wasn't saying that that was representative.  What I      11:13:40

12  was pointing out was what I say in my report.  But I'm     11:13:43

13  not saying prices in LA are the same as in San            11:13:46

14  Francisco.  In fact, I acknowledge in my report --         11:13:51

15      Q.   So --                                             11:13:51

16      A.   In fact -- I'm sorry.  I acknowledge in my --     11:13:54

17      Q.   Do finish, sir.                                   11:13:55

18      A.   I acknowledge in my report that, you know,        11:13:56

19  geographic areas have different prices.                    11:13:59

20      Q.   Okay.  So as I understand it, your August 14th    11:14:02

21  report, which has been marked as Exhibit 425, you          11:14:07

22  compiled some information based on prices of Canada Dry    11:14:12

23  Ginger Ale and other soft drinks that were on sale on      11:14:19

24  particular days in the summer of 2018 in the Los Angeles   11:14:24

25  region and in the San Francisco region; is that correct?   11:14:28

| 1 | Q.   The -- the methodology that you describe for | 11:40:51 |
| 2 | how Safeway sets its prices, you talked about | 11:40:54 |
| 3 | considering competitive market forces.  Perhaps using | 11:40:58 |
| 4 | line pricing, et cetera.  The methodology itself, has | 11:41:03 |
| 5 | that changed for Safeway since 2012? | 11:41:06 |
| 6 | A.   Not that I'm aware of. | 11:41:10 |
| 7 | Q.   Who distributed Canada Dry Ginger Ale to | 11:41:12 |
| 8 | Safeway during the period from 2012 until today? | 11:41:17 |
| 9 | A.   I would have to check, but I believe some of | 11:41:58 |
| 10 | the Dr. Pepper/Seven Up bottlers may have.  I've seen | 11:42:00 |
| 11 | contracts with Safeway, at least that's the basis for my | 11:42:05 |
| 12 | answer. | 11:42:08 |
| 13 | Q.   What about Walmart?  Who distributed Canada | 11:42:11 |
| 14 | Dry Ginger Ale to Walmart from that -- from -- let me | 11:42:14 |
| 15 | start again. | 11:42:18 |
| 16 | Who distributed Canada Dry Ginger Ale to | 11:42:19 |
| 17 | Walmart in the period 2012 to today for California | 11:42:22 |
| 18 | sales? | 11:42:26 |
| 19 | A.   I would have to look.  I can't tell you off | 11:42:32 |
| 20 | the top of my head. | 11:42:34 |
| 21 | Q.   Well, where would you look? | 11:42:37 |
| 22 | A.   I would have to see if I have it anywhere, | 11:42:39 |
| 23 | either in my port or my records.  I don't recall seeing | 11:42:42 |
| 24 | that information. | 11:42:47 |
| 25 | Q.   I have a long list of stores, so I don't want | 11:42:48 |

Case 5:17-cv-00564-NC   Document 297-2   Filed 11/27/18   Page 9 of 33

| | | |
|---|---|---|
| 1 | to do them one by one if it's not necessary.  Are you -- | 11:42:52 |
| 2 | are you aware of any documents you've seen that set | 11:42:57 |
| 3 | forth which distributors supply Canada Dry Ginger Ale to | 11:43:01 |
| 4 | which retailers in California? | 11:43:06 |
| 5 | A.   Yeah, I have not -- I have not studied that. | 11:43:08 |
| 6 | Q.   The same question for -- let's pick Dr. Pepper | 11:43:13 |
| 7 | brand soft drinks.  Have you seen any documents that set | 11:43:18 |
| 8 | forth which distributors distribute the Dr. Pepper brand | 11:43:21 |
| 9 | soft drinks to particular retailers in California? | 11:43:28 |
| 10 | A.   Can I get one clarification?  When you say | 11:43:40 |
| 11 | "which distributors," do you mean like a -- I need a | 11:43:44 |
| 12 | clarification on what you're meaning by that. | 11:43:48 |
| 13 | Q.   Well, I -- I want to ask the question using | 11:43:53 |
| 14 | the term I thought you used, but I may be mistaken.  So | 11:43:56 |
| 15 | as I understand it, the way the soft drink industry | 11:44:00 |
| 16 | works is there are large companies that own the brand | 11:44:03 |
| 17 | itself.  Let's say the brand Dr. Pepper, which is owned | 11:44:06 |
| 18 | by Keurig Dr. Pepper. | 11:44:10 |
| 19 | A.   Right. | 11:44:11 |
| 20 | Q.   So far you -- | 11:44:12 |
| 21 | MS. SMITH:  Objection. | 11:44:13 |
| 22 | Q.   (BY MR. GUTRIDE)  It owns the formula. | 11:44:14 |
| 23 | MS. SMITH:  Objection, form. | 11:44:17 |
| 24 | I don't know if you're done yet, but I'm | 11:44:18 |
| 25 | objecting.  So you can finish your question if you | 11:44:19 |

Case 5:17-cv-00564-NC   Document 297-2   Filed 11/27/18   Page 10 of 33

| | | |
|---|---|---|
| 1 | weren't done. | 11:44:26 |
| 2 | MR. GUTRIDE:  I think he answered. | 11:44:26 |
| 3 | Q.   (BY MR. GUTRIDE)  You answered "yes."  Is that | 11:44:27 |
| 4 | right? | 11:44:28 |
| 5 | A.   The way I'm thinking about it is:  You've got, | 11:44:28 |
| 6 | in a sense, Pepsi delivering -- or a Pepsi affiliate, in | 11:44:32 |
| 7 | a very loose sense, delivering -- you can have Coke. | 11:44:36 |
| 8 | You can have Dr. Pepper.  Sometimes there's some | 11:44:40 |
| 9 | interesting situations where -- what seems like a | 11:44:45 |
| 10 | different brand may get distributed by an unaffiliated | 11:44:50 |
| 11 | distributor.  So when I was answering my questions | 11:44:54 |
| 12 | [sic], that's what I was thinking of.  But then I | 11:44:58 |
| 13 | decided maybe I better see if that's what you're | 11:45:01 |
| 14 | thinking of. | 11:45:03 |
| 15 | Q.   Okay.  That was what I was thinking of. | 11:45:03 |
| 16 | In your report you talk about three sets | 11:45:05 |
| 17 | of beverages.  Three groups, let's say.  You have the | 11:45:09 |
| 18 | Dr. Pepper/Seven Up group? | 11:45:15 |
| 19 | A.   Right. | 11:45:18 |
| 20 | Q.   Pepsi group and the Coke group -- | 11:45:19 |
| 21 | A.   Yes. | 11:45:22 |
| 22 | Q.   -- correct? | 11:45:23 |
| 23 | A.   Yes. | 11:45:23 |
| 24 | Q.   All right.  And you say, though, that | 11:45:23 |
| 25 | sometimes even though one of the brands is in, for | 11:45:28 |

| | |
|---|---|
| 1 | example, the Dr. Pepper group, it might actually be | 11:45:31 |
| 2 | distributed by a distributor in the Pepsi group? | 11:45:35 |
| 3 | A.   Or Coke, yes. | 11:45:38 |
| 4 | Q.   And vice versa? | 11:45:40 |
| 5 | A.   I've more seen the other way, the first way, | 11:45:43 |
| 6 | but go ahead. | 11:45:48 |
| 7 | Q.   Okay.  So you haven't necessarily seen one of | 11:45:48 |
| 8 | the brands in the Pepsi group being distributed by | 11:45:51 |
| 9 | someone in the Dr. Pepper group or from the Coke group? | 11:45:54 |
| 10 | A.   Yeah.  I seriously doubt if it would be | 11:45:56 |
| 11 | distributed by Coke, but I haven't seen the Dr. Pepper. | 11:46:00 |
| 12 | Q.   Okay.  And you haven't seen anyone in the Coke | 11:46:02 |
| 13 | group distributed by the Dr. Pepper group or by the | 11:46:06 |
| 14 | Pepsi group? | 11:46:09 |
| 15 | A.   Not that I'm aware of. | 11:46:10 |
| 16 | Q.   But you have seen, in your understanding, | 11:46:12 |
| 17 | brands from the Dr. Pepper group being distributed by | 11:46:14 |
| 18 | entities in the Pepsi group or in the Coke group? | 11:46:18 |
| 19 | A.   Yes. | 11:46:21 |
| 20 | Q.   Okay.  And I want to now drill down into that | 11:46:21 |
| 21 | into more detail.  What I would like to know is:  Do you | 11:46:27 |
| 22 | know specifically which brands were distributed by which | 11:46:31 |
| 23 | distributors during this period in California, 2012 to | 11:46:38 |
| 24 | the present? | 11:46:46 |
| 25 | A.   If I understand your question, maybe the only | 11:46:50 |

| 1 | -- one of the big exceptions to this is Schweppes. But | 11:46:56 |
| 2 | traditional Dr. Pepper brands, my understanding are | 11:47:00 |
| 3 | distributed by Dr. Pepper. | 11:47:07 |
| 4 | Q.    So including Dr. Pepper? | 11:47:12 |
| 5 | A.    Yes. | 11:47:13 |
| 6 | Q.    Okay.  So your understanding is that | 11:47:14 |
| 7 | Dr. Pepper and Canada Dry, for example, which are | 11:47:19 |
| 8 | both -- first of all, those are both Dr. Pepper brands? | 11:47:23 |
| 9 | A.    Yes. | 11:47:26 |
| 10 | Q.    And both are distributed by the Dr. Pepper | 11:47:26 |
| 11 | affiliated distributors? | 11:47:30 |
| 12 | A.    Generally, that's my understanding.  I can't | 11:47:32 |
| 13 | speak to all the exceptions, but that's my | 11:47:34 |
| 14 | understanding. | 11:47:36 |
| 15 | Q.    Okay.  But you mentioned Schweppes.  Schweppes | 11:47:38 |
| 16 | is also a Dr. Pepper brand? | 11:47:43 |
| 17 | A.    Yes. | 11:47:44 |
| 18 | Q.    Your understanding is that it has commonly in | 11:47:45 |
| 19 | California been distributed by whom? | 11:47:49 |
| 20 | A.    It's either Coke or Pepsi.  I would have to | 11:47:51 |
| 21 | look.  But by a different bot- -- by a different | 11:47:54 |
| 22 | distributor. | 11:47:58 |
| 23 | Q.    And the -- other than the Schweppes, is there | 11:48:02 |
| 24 | any brand that you're aware of that is a Dr. Pepper | 11:48:15 |
| 25 | brand, but was not distributed by Dr. Pepper? | 11:48:22 |

Case 5:17-cv-00564-NC   Document 287-2   Filed 11/27/18   Page 13 of 33

| | | |
|---|---|---|
| 1 | understanding is, at the retail level, that those are | 12:02:29 |
| 2 | set by market conditions/cost considerations in the | 12:02:33 |
| 3 | individual retailers.  They're not set by, for example, | 12:02:40 |
| 4 | Dr. Pepper or Coke or Pepsi. | 12:02:42 |
| 5 | Q.    Okay.  My question was actually focused on | 12:02:45 |
| 6 | carbonated soft drinks.  So I think you answered it, but | 12:02:48 |
| 7 | just to confirm:  It's your understanding that even | 12:02:52 |
| 8 | though, in your view, Safeway uses line pricing for | 12:02:55 |
| 9 | carbonated soft drinks, there are no contracts with | 12:03:00 |
| 10 | Dr. Pepper or Pepsi or Coke or any of the distributors | 12:03:04 |
| 11 | that require to use line pricing.  Am I correct? | 12:03:08 |
| 12 | A.    Right.  The distributors do not set the price. | 12:03:13 |
| 13 | Q.    So although Safeway, for example, may pay the | 12:03:17 |
| 14 | same amount to buy a case of Seven Up as it pays to buy | 12:03:21 |
| 15 | a case of Dr. Pepper, Safeway is not required to sell | 12:03:32 |
| 16 | the Dr. Pepper for the same price as the Seven Up? | 12:03:40 |
| 17 | A.    I'm not aware of any contractual constraints | 12:03:44 |
| 18 | that would require them to do so.  They just -- | 12:03:49 |
| 19 | Q.    Similarly -- | 12:03:53 |
| 20 | A.    That -- that -- I'm sorry, I didn't mean to | 12:03:53 |
| 21 | interrupt.  But there's efficiency reasons why they do | 12:03:56 |
| 22 | line price.  In other words, something that's sometimes | 12:04:00 |
| 23 | lost in these conversations is that there's something | 12:04:03 |
| 24 | called transaction costs.  In other words, there's just | 12:04:06 |
| 25 | costs associated with either the pricing or keeping | 12:04:09 |

Case 5:17-cv-00564-NC   Document 297-2   Filed 11/27/18   Page 14 of 33

```
 1   track of what's going on in the grocery store.  So my      12:04:13
 2   understanding is:  There's incentives to line price.       12:04:16
 3   And, in fact, they do line price, but that's not set by    12:04:20
 4   the distributor.                                           12:04:23
 5        Q.   And is your answer the same for all of the       12:04:25
 6   retailers that you -- you believe are using line pricing   12:04:28
 7   for carbonated soft drinks?  That none of them is          12:04:33
 8   contractually obligated to use line pricing?               12:04:36
 9        A.   Again, I -- I can't speak to every single one.   12:04:39
10   But my understanding is that prices are set at the         12:04:42
11   retail level, and they're not dictated by the              12:04:46
12   distributors.  That's my understanding.                    12:04:48
13        Q.   Okay.  Thank you.                                12:04:51
14             MR. GUTRIDE:  Let's take a break.                12:04:52
15             THE VIDEOGRAPHER:  We're going off               12:05:01
16   record.  It is 12:05 p.m.                                  12:05:02
17             (Recess held, 12:05 p.m. to 12:23 p.m.)          12:22:53
18             THE VIDEOGRAPHER:  We are going on               12:22:54
19   record.  It is 12:23 p.m.  October 15th.                   12:22:57
20        Q.   (BY MR. GUTRIDE)  Dr. Ugone, do you believe      12:23:04
21   that it's true that Safeway faces strong competition       12:23:09
22   from traditional grocery retailers, other competitors,     12:23:16
23   such as supercenters and club stores, as well as from      12:23:22
24   specialty and niche supermarkets, drugstores, dollar       12:23:25
25   stores, convenience stores, and restaurants?              12:23:29
```

| | | |
|---|---|---|
| 1 | same except for Walmart. | 01:55:15 |
| 2 | A.   That's where we have a footnote, yes. | 01:55:18 |
| 3 | Q.   Okay.  And if you'll note, you have a footnote | 01:55:20 |
| 4 | on the -- Footnote A for the -- for that topic says, (as | 01:55:28 |
| 5 | read):  For the purpose of this analysis, prices of DPSU | 01:55:31 |
| 6 | soft drink products primarily distributed by DPSG, | 01:55:37 |
| 7 | affiliated bottles, are considered, i.e., Seven Up, A&W, | 01:55:41 |
| 8 | Canada Dry, Diet Rite, RC Cola, Sunkist, and Vernors | 01:55:43 |
| 9 | products, closed paren, period.  Omitted from this | 01:55:48 |
| 10 | analysis are DPSU brands that are, paren, sometimes, | 01:55:50 |
| 11 | closed paren, distributed by Coke affiliated or Pepsi | 01:55:54 |
| 12 | affiliated bottlers, paren, i.e., Cactus Cooler, Crush, | 01:55:59 |
| 13 | Dr. Pepper, Hawaiian Punch, and Schweppes, closed paren. | 01:56:02 |
| 14 | Because these brands are sometimes, paren, if not | 01:56:06 |
| 15 | always, closed paren, distributed by Coke affiliated or | 01:56:08 |
| 16 | Pepsi affiliated bottlers, these products are line | 01:56:11 |
| 17 | priced with Coke or Pepsi products in some of the retail | 01:56:15 |
| 18 | -- retail stores. | 01:56:15 |
| 19 | Do you see that? | 01:56:19 |
| 20 | A.   Yes. | 01:56:20 |
| 21 | Q.   Okay.  So other than looking at the prices | 01:56:20 |
| 22 | that your team collected from the stores, what did you | 01:56:27 |
| 23 | do to confirm that when you were seeing a price of a | 01:56:31 |
| 24 | particular Dr. Pepper, Cactus Cooler, Crush, Hawaiian | 01:56:35 |
| 25 | Punch, or Schweppes product that was priced the same as, | 01:56:44 |

Case 5:17-cv-00564-NC   Document 297-2   Filed 11/27/18   Page 16 of 33

| | | |
|---|---|---|
| 1 | for example, a Pepsi product or a Coke product, then it | 01:56:48 |
| 2 | was because it had been distributed by the same | 01:56:50 |
| 3 | distributor? | 01:56:52 |
| 4 | A.   There's another table that I have in the | 01:56:59 |
| 5 | report where I talk about who distributes what.  But in | 01:57:04 |
| 6 | an abundance of caution we limited the analysis in the | 01:57:10 |
| 7 | way that Footnote A explains. | 01:57:15 |
| 8 | Q.   So you think you have a table that you | 01:57:21 |
| 9 | expressly set who distributes what to which retailers? | 01:57:23 |
| 10 | A.   Yes.  Sometimes there's -- it could be more | 01:57:28 |
| 11 | than one.  But I know there's a table that lists out the | 01:57:31 |
| 12 | various Dr. Pepper products and who distributes them. | 01:57:34 |
| 13 | We should be able to find it here.  It's I believe at | 01:57:39 |
| 14 | the top of a page. | 01:57:50 |
| 15 | Q.   Are you talking about page 28?  Table 4? | 01:58:01 |
| 16 | A.   I think I'm talking about page 31.  Table 5. | 01:58:05 |
| 17 | Q.   Okay. | 01:58:10 |
| 18 | A.   Oh, yeah.  You've got Table 4 and Table 5. | 01:58:10 |
| 19 | Table 4.  But, yeah, you're right.  Table 4, page 28. | 01:58:16 |
| 20 | Q.   So Table 4 shows the various Dr. Pepper brands | 01:58:21 |
| 21 | that you've listed there and which ones are distributed | 01:58:26 |
| 22 | by Dr. Pepper affiliated bottlers, which is all of them | 01:58:29 |
| 23 | except for Crush and Schweppes, right? | 01:58:37 |
| 24 | A.   At least by those bottlers.  Not exclude -- | 01:58:45 |
| 25 | the way you phrased -- the way you phrased it, it's not | 01:58:50 |

| | | |
|---|---|---|
| 1 | exclusively.  I don't know if you want to start again, | 01:58:52 |
| 2 | but... | 01:58:56 |
| 3 | We know from the column who's distributed | 01:58:56 |
| 4 | by DPSG affiliated bottlers, some of which are also | 01:59:01 |
| 5 | distributed by other bottlers. | 01:59:06 |
| 6 | Q.    Okay.  So, for example, Seven Up is | 01:59:08 |
| 7 | distributed by both DPSU affiliated bottlers and | 01:59:11 |
| 8 | independent bottlers -- | 01:59:14 |
| 9 | A.    Yes. | 01:59:14 |
| 10 | Q.    -- right? | 01:59:15 |
| 11 | A.    Yes. | 01:59:16 |
| 12 | Q.    Same for A&W? | 01:59:16 |
| 13 | A.    Yes. | 01:59:17 |
| 14 | Q.    Cactus Cooler could be distributed by DPSG | 01:59:20 |
| 15 | affiliated bottlers, Coke affiliated bottlers, and/or | 01:59:24 |
| 16 | independent bottlers? | 01:59:27 |
| 17 | A.    Yes. | 01:59:28 |
| 18 | Q.    Okay.  So I understand that later on in the | 01:59:29 |
| 19 | exhibit we're about to look at, you -- you looked at | 01:59:33 |
| 20 | specific stores.  You looked at the prices.  And you -- | 01:59:36 |
| 21 | according to that footnote we just read, you excluded | 01:59:45 |
| 22 | from your analysis all of the ones that have an X in the | 01:59:48 |
| 23 | Coke or the Pepsi column on Table 4? | 01:59:51 |
| 24 | A.    Yes. | 01:59:54 |
| 25 | Q.    Because those might have been distributed by | 01:59:54 |

| | | |
|---|---|---|
| 1 | Coke or Pepsi? | 01:59:57 |
| 2 | A.    Correct. | 01:59:57 |
| 3 | MS. SMITH:  Objection, form. | 01:59:58 |
| 4 | Q.    (BY MR. GUTRIDE)  What I want to know is: | 01:59:59 |
| 5 | How, if at all, did you determine, for any particular | 02:00:02 |
| 6 | store, that a particular one of these products was, in | 02:00:06 |
| 7 | fact, distributed by Coke or Pepsi as opposed to by | 02:00:10 |
| 8 | Dr. Pepper? | 02:00:13 |
| 9 | A.    We -- we could not tell.  That's why we looked | 02:00:13 |
| 10 | at the ones that we knew were coming from Dr. Pepper | 02:00:16 |
| 11 | Snapple Group affiliated bottlers. | 02:00:20 |
| 12 | Q.    Okay.  So you -- you weren't sure?  You | 02:00:26 |
| 13 | couldn't tell? | 02:00:30 |
| 14 | A.    I couldn't say with certainty.  So in order to | 02:00:31 |
| 15 | make it a holding everything else constant type | 02:00:34 |
| 16 | analysis, I'm very up front and said:  Let's look at the | 02:00:40 |
| 17 | ones that are primarily distributed by DPSG affiliated | 02:00:43 |
| 18 | bottlers.  And I list those out: Seven Up, A&W, Canada | 02:00:47 |
| 19 | Dry, Diet Rite, RC Cola, Sunkist, and Vernors.  And in | 02:00:53 |
| 20 | this X chart, as I call it, we'll leave out the ones | 02:00:59 |
| 21 | that could be distributed by Coke or Pepsi.  And then I | 02:01:01 |
| 22 | list those.  So we're trying to -- we're trying to make | 02:01:04 |
| 23 | it as consistent of an analysis as we can. | 02:01:08 |
| 24 | Q.    So going, again, to Table 4, you do include in | 02:01:12 |
| 25 | your analysis brands that might be distributed by | 02:01:16 |

```
 1   independent bottlers in addition to DPSG bottlers.      02:01:19

 2        A.   Yes.                                           02:01:23

 3        Q.   And then you have a Footnote 70, which says:   02:01:23

 4   It's your understanding, based on your discussions with 02:01:27

 5   Dr. Pepper employees, that it's not common for          02:01:30

 6   independent bottlers to do that distribution in Los     02:01:34

 7   Angeles or the Bay area.                                02:01:38

 8        A.   Correct.                                       02:01:41

 9        Q.   Anything other than your discussions that you 02:01:43

10   relied upon for that assumption?                        02:01:45

11        A.   No.  They -- they would know best.            02:01:52

12        Q.   Okay.  All right.  So going back now to page  02:01:54

13   204.  On the first line you're saying that CDS, when you 02:02:01

14   looked at it on July 13, 2018, had all of the Dr. Pepper 02:02:08

15   products priced the same?                               02:02:20

16        A.   That we parenthetically identify in Footnote  02:02:23

17   A.                                                      02:02:28

18        Q.   Right.  And if you look at page 208, that's   02:02:28

19   the page that goes with the CDS.  It's just a couple of 02:02:31

20   pages in.  Are you there?                               02:02:38

21        A.   Yes.                                           02:02:53

22        Q.   All right.  Now, you see that the Canada Dry  02:02:53

23   Ginger Ale regular price is 2.89 with a promotional     02:02:58

24   price of 2.09?                                           02:03:00

25        A.   Correct.                                       02:03:01
```

```
 1        Q.    The Dr. Pepper and Diet Dr. Pepper have the      02:03:05
 2    same regular price of 2.89, but a promotional price of     02:03:06
 3    99 cents?                                                  02:03:10
 4        A.    Correct.                                         02:03:11
 5        Q.    And if you look at the following pages for the   02:03:12
 6    Pepsi product and Coca-Cola products, you agree with me    02:03:17
 7    that no other products, from either Pepsi or Coke, have    02:03:23
 8    a regular price of $2.89?                                  02:03:28
 9        A.    I was with you until you said:  Look at the      02:03:30
10    other pages for -- when you say the other pages, you're    02:03:35
11    saying -- like 209?  Bates number --                      02:03:42
12        Q.    And 210.                                         02:03:45
13        A.    And are you saying if I look under the           02:03:48
14    Coca-Cola company list of products, you don't see the 99   02:03:54
15    cents?  Is that what you're asking?                        02:03:58
16        Q.    No.  I'm asking you to focus on the regular      02:04:01
17    prices.  If you notice that on the first page, page 208,   02:04:04
18    all of the products that are showing for DPSU have a       02:04:07
19    regular price of $2.89?                                    02:04:12
20        A.    Yes.                                             02:04:14
21        Q.    And all of them have a promotional price of      02:04:14
22    $2.09, except for the Diet Dr. Pepper, which is 99 cents   02:04:17
23    and the Dr. Pepper, which is 99 cents?                     02:04:23
24        A.    Correct.                                         02:04:25
25        Q.    None of the products that are listed in the      02:04:26
```

| | | |
|---|---|---|
| 1 | Pepsi section or the Coke section are regular priced at | 02:04:28 |
| 2 | $2.89, correct? | 02:04:34 |
| 3 |     A.   Correct.  I'm looking at page 209 -- Bates | 02:04:35 |
| 4 | No. 209 through 210.  Is that what you're asking?  Or | 02:04:38 |
| 5 | just 209? | 02:04:43 |
| 6 |     Q.   Yes, both. | 02:04:44 |
| 7 |     A.   Okay.  I think I'm with you. | 02:04:47 |
| 8 |     Q.   Okay.  And there is a promotional price for | 02:04:50 |
| 9 | some of the Pepsi products at 99 cents -- | 02:04:55 |
| 10 |     A.   Yes. | 02:05:01 |
| 11 |     Q.   -- right? | 02:05:02 |
| 12 |     A.   Yes. | 02:05:02 |
| 13 |     Q.   But that's based on a regular price of $2.99? | 02:05:03 |
| 14 |     A.   Yes. | 02:05:11 |
| 15 |     Q.   Correct? | 02:05:11 |
| 16 |     A.   Yes. | 02:05:11 |
| 17 |     Q.   So we don't know from this document whether | 02:05:12 |
| 18 | the Dr. Pepper products were being supplied by the | 02:05:15 |
| 19 | Dr. Pepper distributor or the Pepsi distributor, | 02:05:20 |
| 20 | correct? | 02:05:20 |
| 21 |     A.   Yes.  That's kind of the point of the | 02:05:28 |
| 22 | footnote. | 02:05:30 |
| 23 |     Q.   Okay.  On page 248, please. | 02:05:31 |
| 24 |     A.   I am there. | 02:05:51 |
| 25 |     Q.   So page 248, if you notice, it has under | 02:05:52 |

```
 1   the -- under the DPSU category, it has all of the        02:05:59

 2   regular prices showing at 1.99.                          02:06:03

 3        A.   For the 2 liter bottles.                       02:06:05

 4        Q.   Correct.  And all of the promotional prices    02:06:09

 5   showing as 1.25, except for Hawaiian Punch, which is     02:06:12

 6   1.79?                                                    02:06:16

 7        A.   Correct.                                       02:06:17

 8        Q.   And do you agree with me that there's no other 02:06:19

 9   product on any of the three pages of this document, from 02:06:23

10   248 through 250, that has a promotional price of 1.79?   02:06:27

11        A.   I'll agree with that.                          02:06:32

12        Q.   Okay.  So this is a circumstance in which the  02:06:35

13   retailer, Safeway, decided to have a special price for   02:06:37

14   Hawaiian Punch that it is not a line price?              02:06:41

15        A.   Well, we also -- this also goes along with the 02:06:45

16   footnote.  We don't know who distributes Hawaiian Punch. 02:06:49

17   Because I think this is one of the exceptions.  And so   02:06:53

18   we were looking at the ones that we knew came from       02:06:57

19   Dr. Pepper Snapple Group.  But I'm not going to deny     02:07:01

20   that, you know, if you look at how many prices are on    02:07:06

21   these three pages, you've got one price out of hundreds  02:07:10

22   that's different.                                        02:07:14

23        Q.   Okay.  So even if Hawaiian Punch is being      02:07:16

24   distributed by a different distributor, Pepsi or Coke,   02:07:20

25   it's not the line price of those, right?  Because it's   02:07:23
```

1   different from those as well?                          02:07:29

2       A.    There is summaries in that they chose to have   02:07:30

3   the promotional price for one product out of all the  02:07:32

4   ones listed on three pages that has a different price.  02:07:36

5   I mean, we reported what we observed.                 02:07:39

6       Q.    And that was for this particular day, July    02:07:43

7   14th, right?                                           02:07:46

8       A.    That's correct.  Because that was the date we  02:07:49

9   were there.                                            02:07:50

10      Q.    You don't know if, for example, on July 13th  02:07:51

11  or July 15th Canada Dry was priced out of the line from  02:07:54

12  all the others?                                        02:07:59

13             MS. SMITH:  Objection, form.                02:08:00

14      A.    I would say based on the preponderance of all  02:08:01

15  of these pages, which are quite substantial, I would put  02:08:06

16  an extremely low probability on that.                  02:08:11

17      Q.    (BY MR. GUTRIDE)  You would -- you would guess  02:08:15

18  it was unlikely, but you don't know for sure?          02:08:17

19             MS. SMITH:  Objection, form.                02:08:21

20      A.    We -- I will agree we were not there on July   02:08:22

21  13th.  We were not there on July 15th.  But I'll stand  02:08:26

22  by my answer:  Given the preponderance of the data we   02:08:31

23  see here, it would be highly unlikely.                 02:08:35

24      Q.    (BY MR. GUTRIDE)  If you could turn to page   02:08:38

25  256.                                                   02:08:39

```
 1        A.    I'm there.                                    02:08:49

 2        Q.    So this is an example where we have -- under  02:08:50

 3   the DPSU group, under the regular prices for the 2 liter 02:08:55

 4   bottles, we have three different choices.  They're --    02:08:59

 5   most of them are at 1.79.                                02:09:03

 6        A.    The ones that we know --                      02:09:04

 7        Q.    Crush Orange --                               02:09:06

 8        A.    The ones -- I'm sorry.  Go ahead.  I          02:09:06

 9   apologize.  Go ahead.                                    02:09:08

10        Q.    Crush -- Crush Orange is 1.89 and Dr. Pepper  02:09:09

11   and Diet Dr. Pepper are 1.99.  Just focusing on the      02:09:12

12   regular prices.                                          02:09:15

13        A.    Yes.                                          02:09:17

14        Q.    Okay.  And both of those ones that had a      02:09:18

15   different regular price, the Crush and the Dr. Peppers,  02:09:24

16   have a promotional price of 1.66?                        02:09:29

17        A.    Correct.                                      02:09:31

18        Q.    Okay.  And you excluded those from the        02:09:36

19   analysis because you're not sure if those would have     02:09:44

20   come from Pepsi or Coke distributors?                    02:09:46

21        A.    As opposed to the Dr. Pepper Snapple Group    02:09:53

22   affiliated distributors, yes.                            02:09:53

23        Q.    If we look at the -- two pages in, 258, within 02:09:56

24   the Coke group, we see that all the regular prices are   02:10:01

25   1.99, but there are three different promotional prices.  02:10:10
```

| | | |
|---|---|---|
| 1 | We have 1.66, 1.50, or 1.39, depending on brand. | 02:10:15 |
| 2 | A.    Correct. | 02:10:19 |
| 3 | Q.    Right? | 02:10:19 |
| 4 | A.    Yes. | 02:10:21 |
| 5 | Q.    But as far as you know, all of those came from | 02:10:21 |
| 6 | the same distributor? | 02:10:25 |
| 7 | A.    I have no reason to believe otherwise. | 02:10:27 |
| 8 | They're all line priced in the regular price, but they | 02:10:30 |
| 9 | do have some tiering, as I would call it, on the | 02:10:33 |
| 10 | promotional prices.  But they're all lined price on the | 02:10:37 |
| 11 | regular price. | 02:10:40 |
| 12 | Q.    Okay.  If you can turn to page 292.  I'm | 02:10:41 |
| 13 | sorry.  We should -- we should -- before you go to 292, | 02:10:50 |
| 14 | we should look at 268, which is the summary chart for | 02:10:52 |
| 15 | Los Angeles. | 02:10:57 |
| 16 | A.    Just bear with me one second here.  I think | 02:11:01 |
| 17 | that's Exhibit 7 maybe. | 02:11:05 |
| 18 | Q.    Yes. | 02:11:07 |
| 19 | A.    I'm sorry.  I haven't -- bear with me.  Did | 02:11:31 |
| 20 | you say 272? | 02:11:46 |
| 21 | Q.    268. | 02:11:50 |
| 22 | A.    Okay.  I'm ready. | 02:11:59 |
| 23 | Q.    So this is the summary chart for the Los | 02:12:01 |
| 24 | Angeles stores that your team looked at? | 02:12:04 |
| 25 | A.    Yes. | 02:12:06 |

Case 5:17-cv-00564-NC   Document 297-2   Filed 11/27/18   Page 26 of 33

| | | |
|---|---|---|
| 1 | Q. Again, each store was visited only on a single | 02:12:06 |
| 2 | day, which is shown there, a day in July? | 02:12:11 |
| 3 | A. Correct. It was roughly over -- | 02:12:14 |
| 4 | Q. Once the -- | 02:12:18 |
| 5 | A. It was roughly over the course of a week. | 02:12:19 |
| 6 | Some of -- there's different days for the stores. But, | 02:12:22 |
| 7 | yes, it was one day during a one-week time period or so, | 02:12:25 |
| 8 | roughly. | 02:12:29 |
| 9 | Q. And, again, you have the same methodology here | 02:12:29 |
| 10 | for the chart, which stores have line pricing and which | 02:12:35 |
| 11 | don't? | 02:12:41 |
| 12 | A. Yes. | 02:12:41 |
| 13 | Q. Okay. The -- it's true for the Los Angeles | 02:12:41 |
| 14 | stores, as it was for San Francisco, that you don't know | 02:12:54 |
| 15 | which of the brands that you're excludeing from the | 02:13:02 |
| 16 | analysis were distributed by which distributors? | 02:13:05 |
| 17 | MS. SMITH: Objection, form. | 02:13:09 |
| 18 | A. Right. So what -- we tried to, again, keep | 02:13:10 |
| 19 | things constant. So the ones that we know are DPSG, | 02:13:13 |
| 20 | we've identified those. And then if there's uncertainty | 02:13:18 |
| 21 | as to the bottler, we excluded them from this particular | 02:13:21 |
| 22 | analysis in -- in the -- what I call the X chart. | 02:13:26 |
| 23 | Q. (BY MR. GUTRIDE) All right. So if you could | 02:13:40 |
| 24 | turn now to page 296. | 02:13:43 |
| 25 | A. I am there. | 02:13:58 |

| | | |
|---|---|---|
| 1 | you have an example, I would look at it. | 02:18:34 |
| 2 | But my only point previously, which might | 02:18:37 |
| 3 | have spurred your question, was that there were 20 | 02:18:41 |
| 4 | different products.  We didn't see 20 different prices. | 02:18:43 |
| 5 | We saw two prices for all of the different products. | 02:18:46 |
| 6 | And that's effectively still line pricing.  It might not | 02:18:50 |
| 7 | be in the strictest sense of all products.  But for | 02:18:53 |
| 8 | whatever reason, Food 4 Less decided to line price. | 02:18:57 |
| 9 | They just had two tiers on that particular day. | 02:18:59 |
| 10 | Q.    Okay.  If you could turn to 384, please. | 02:19:37 |
| 11 | A.    I am there. | 02:20:14 |
| 12 | Q.    So this is a Target on Colorado Boulevard in | 02:20:15 |
| 13 | Los Angeles.  July 26th, 2018.  And focusing on the -- | 02:20:23 |
| 14 | okay.  Never mind.  We don't need to use this page. | 02:21:05 |
| 15 | Why don't we look at page 408. | 02:21:08 |
| 16 | A.    I am there. | 02:21:32 |
| 17 | Q.    This is Walmart on Washington Boulevard in | 02:21:34 |
| 18 | Pico Rivera, California on July 24, 2018.  Pico Rivera | 02:21:39 |
| 19 | is part of the Los Angeles area? | 02:21:44 |
| 20 | A.    Yes. | 02:21:45 |
| 21 | Q.    And here we have -- within the DPSU group, we | 02:21:46 |
| 22 | have some of the products at 1.38 for the 2 liter | 02:21:54 |
| 23 | bottles.  Some at 1.25.  Some at $1.00. | 02:21:58 |
| 24 | A.    I would agree with that. | 02:22:02 |
| 25 | Q.    And the Canada Dry Ginger Ale is at the higher | 02:22:03 |

1   price of 1.38, while the Schweppes is at $1.25?                    02:22:08

2        A.   And the A&W Root Beer is at 1.38 and the Seven          02:22:12

3   Up is at 1.38, but yes.                                           02:22:14

4        Q.   Okay.  And your conclusion was that Walmart             02:22:17

5   does not engage in line pricing?                                  02:22:23

6        A.   Or not to the same extent.  I think with                02:22:25

7   Walmart you see some variability.  I do know that                 02:22:29

8   Walmart does line price.  But for whatever reason in              02:22:37

9   this store, which was a little anomaly relative to all            02:22:40

10  other data we saw, that there was a greater variance in           02:22:44

11  prices as opposed to a strict line pricing.  But I would          02:22:47

12  -- I would not say Walmart never line prices.  This is            02:22:51

13  just something different we saw at the Walmart stores in          02:22:55

14  this example here.                                                02:22:59

15       Q.   Did you find that, in fact, all the Walmart             02:23:01

16  stores you visited -- and I believe there were four of            02:23:04

17  them in Los Angeles and maybe one in San Francisco                02:23:07

18  area -- that they always had the Schweppes cheaper than           02:23:09

19  the Canada Dry?                                                   02:23:13

20       A.   That is true, but it does appear as though              02:24:15

21  they're line pricing across stores.                               02:24:18

22       Q.   So you find the same lower price for Schweppes          02:24:28

23  in all the stores and the same higher price for Canada            02:24:32

24  Dry in all the Walmart stores?                                    02:24:36

25       A.   Yeah, that's a little bit of a -- little bit            02:24:38

| | | |
|---|---|---|
| 1 | Q.   I just did a rough estimate that your total | 03:02:26 |
| 2 | billing so far, as of July -- I'm sorry -- as of | 03:02:29 |
| 3 | September 30th, for this case are around $330,000.  Does | 03:02:31 |
| 4 | that sound about right? | 03:02:36 |
| 5 |         MS. SMITH:  Objection, form. | 03:02:37 |
| 6 | A.   I was just doing a quick add, but yeah, | 03:02:53 |
| 7 | somewhere around 320 to 330 would be the billings from | 03:02:56 |
| 8 | Analysis Group. | 03:02:56 |
| 9 |         MR. GUTRIDE:  Okay.  Thank you very much | 03:03:01 |
| 10 | for your time, sir. | 03:03:02 |
| 11 |         THE VIDEOGRAPHER:  All right.  We're | 03:03:04 |
| 12 | going off record.  It is 3:03 p.m. | 03:03:07 |
| 13 |         MS. SMITH:  Read and sign.  We do not | 03:03:20 |
| 14 | need a rough.  Regular turn around is fine.  Go ahead | 03:03:23 |
| 15 | and designate it AEO for the 30-day period. | 03:03:26 |
| 16 |         (The deposition concluded 3:03 p.m.) | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3   JACKIE FITZHENRY-RUSSELL     *
    AND GEGHAM MARGARYAN, as     *
4   individuals, on behalf of    *
    themselves, the general      *
5   public and those             *
    similarly situated,          *
6                                *
        Plaintiffs,              *
7                                *
    VS.                          *  CASE NO. 17-CV-00564-NC
8                                *
    KEURIG DR. PEPPER, INC.,     *
9   DR. PEPPER/SEVEN UP,         *
    INC., and DOES 1-50,         *
10                               *
        Defendants.              *

11

12

13

14            REPORTER'S CERTIFICATION

15            DEPOSITION OF KEITH UGONE

16               OCTOBER 15TH, 2018

17

18

19        I, Tammy Staggs, Certified Shorthand Reporter

20   in and for the State of Texas, hereby certify to the

21   following:

22        That the witness, KEITH UGONE, was duly sworn

23   by the officer and that the transcript of the oral

24   deposition is a true record of the testimony given by

25   the witness;

 1          That the original deposition was delivered to

 2     Mr. Adam Gutride.

 3          That a copy of this certificate was served on

 4     all parties and/or the witness shown herein on

 5     _____, 20____.

 6          I further certify pursuant to FRCP Rule

 7     30(f)(1) that the signature of the deponent:

 8               _X_ was requested by the deponent or a

 9     party before the completion of the deposition and that

10     the signature is to be before any notary public and

11     returned within 30 days (or ____ days per agreement of

12     counsel) from date of receipt of the transcript.  If

13     returned, the attached Changes and Signature Page

14     contains any changes and the reasons therefore:

15               __ was not requested by the deponent or a

16     party before the completion of the deposition.

17          That the amount of time used by each party at

18     the deposition is as follows:

19               Mr. Adam Gutride - (3:01)

20               Ms. Monica Smith - (0:00)

21

22

23

24

25

1          That pursuant to information given to the

2     deposition officer at the time said testimony was taken,

3     the following includes counsel for all parties of

4     record:

5                    FOR THE PLAINTIFFS:

6                    Adam Gutride, Esq. (Via videoconference)

7

8                    FOR THE DEFENDANTS:

9                    Monica Smith, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23          That $_____ is the deposition officer's

24     charges to the Plaintiffs for preparing the original

25     deposition transcript and any copies of exhibits;

1          I further certify that I am neither counsel

2     for, related to, nor employed by any of the parties or

3     attorneys in the action in which this proceeding was

4     taken, and further that I am not financially or

5     otherwise interested in the outcome of the action.

6          Certified to by me this 31st day of

7     October 31, 2018.

8

9

10     _____

11     Tammy Lea Staggs
       CSR  7496

12     Expiration Date:  12/31/2019
       Dickman Davenport, Inc.

13     Firm Registration #312
       4228 N. Expressway, Suite 101

14     Dallas, Texas 75206
       214.855.5100 800.445.9548

15     Email: Jqd@dickmandavenport.com
       My commission expires 12-31-19

16

17

18

19

20

21

22

23

24

25