UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FITZHENRY-RUSSELL, et al., <br> Plaintiffs, <br> v. <br> KEURIG DR PEPPER INC., et al., <br> Defendants. | Case No.17-cv-00564-NC <br><br> **JUDGMENT AND PERMANENT INJUNCTION** |

In accordance with the Court's April 10, 2019, order granting final approval of class action settlement, the parties' class action settlement is APPROVED as fair, reasonable, and adequate, and the parties are directed to take the necessary steps to effectuate the terms of the settlement agreement.

The operative amended class action complaint and all claims asserted in it are DISMISSED with prejudice and without costs to any of the settling parties, except as otherwise provided for in the Court's April 10, 2019, order.

The Court retains subject matter jurisdiction over the claims in this action and personal jurisdiction over Defendants and the class members for purposes of enforcing this Court's final approval order and the terms of the settlement agreement. This retention of jurisdiction does not affect the finality of the Court's judgment. The Clerk of Court is ordered to administratively close case number 17-cv-00564-NC.

**IT IS SO ORDERED.**

Dated: April 10, 2019    _____
NATHANAEL M. COUSINS
United States Magistrate Judge