ADAM J GUTRIDE (SBN 181446)
SETH A SAFIER (SBN 197427)
MARIE A. MCCRARY (SBN 262670)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415)-271-6469
Facsimile: (415)-449-6469

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE FITZHENRY-RUSSELL, AND GEGHAM MARGARYAN, individuals, on Behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KEURIG DR PEPPER INC. AND CANADA DRY MOTT'S, INC.,<br><br>Defendants. | Case No. 5:17-cv-00564-NC<br><br>**DECLARATION OF JOSEPH MAHAN AND POST-DISTRIBUTION ACCOUNTING**<br><br>Judge: Hon. Nathanael M. Cousins |

I, Joseph Mahan, hereby declare as follows:

1. I am a Client Service Manager for Heffler Claims Group ("Heffler") in Philadelphia, Pennsylvania. I am over twenty-one years of age and am authorized to make this declaration on behalf of Heffler and myself. The following statements are based on my personal knowledge and information provided by other experienced Heffler employees working under my supervision. This declaration and the post-distribution accounting reflected herein is being filed in accordance with the Court's Order Granting Final Approval of Class Action Settlement (*see* Dkt. No. 350, p.18) and the district's Procedural Guidance for Class Action Settlements.

2. Heffler has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, employment and labor, consumer, and government enforcement matters. Heffler has provided notification and/or claims administration services in more than 1,000 cases.

3. In the Court's order granting preliminary approval, *see* Dkt 335, Heffler was appointed as the Settlement Administrator to provide notification and administration services in connection with a settlement of this action. Heffler's duties leading up to and following Final Approval of the settlement included: (a) filng a declaration in support of Final Approval; (b) completing the validation of all claims submitted; (c) calculating payment amounts to eligible claimants; (d) printing and mailing distribution payments; and (e) performing such other tasks as counsel for the Parties or the Court ordered Heffler to perform.

4. On March 27, 2019, Heffler submitted a declaration in support of Final Approval that detailed the administrative services Heffler provided leading up to Final Approval. *See* Dkt. No. 345-1.

5. As of July 1, 2019, which was the deadline for Heffler to pay valid claims, Heffler had received 92,028 timely claims and 21 late claims. Of the 92,049 claims received, Heffler determined 78,896 were valid and 13,153 were invalid. Claims could be found invalid for various reasons, including (for example) if they exceeded the limits set forth in the Settlement Agreement or were for purchases outside of California, which are not covered by this Settlement.

6. Heffler has calculated the payment amount for each eligible Claimant following the allocation guidelines provided in Section 4.4 of the Settlement Agreement.

7. On July 1, 2019, Heffler sent distribution payments to the 78,896 claimants who submitted valid claims. A copy of the payment letter is attached as **Exhibit A**.

8. There is no Gross Settlement Fund, because this is a claims-made settlement where Canada Dry paid directly all valid claims, as well as the attorneys' fees and costs awarded by the Court along with the costs of settlement notice and administration. As a result, there are also no cy pres recepients.

9. The table below sets forth post-distribution accounting.

| | |
|---|---|
| Total Class Households/Class Members | 683,908/2,380,000 |
| Types of Notice | Mail, email, publication, and online advertising |
| Notices mailed and not returned as undeliverable | 909 |
| | |
| Notice emailed and not returned as undeliverable | 15,662 |
| | |
| Opt-outs filed | 318 |
| Opt-outs as a percent of the Class | 0.013% |
| Objections filed | 1 |
| Objections as a percent of the Class | .000042% |
| Total (valid) Claim Forms submitted | 92,049 (78,896) |
| Total (valid) claims received as a percent of Class Households | 13.46% (11.54%) |
| | |
| Administrative fees/costs | $750,000 (Estimated) |
| Class Counsel fees/cost | $2,250,000 (as awarded by the Court) |

POST-DISTRIBUTION ACCOUNTING
*Fitzhenry-Russell et al. v. Keurig Dr. Pepper Inc.5:17-cv-00564-NC*

| Payment/distribution type | Checks |
|---|---|
| Number of payments | 78,896 |
| Total distributed | $373,964.40 |
| Average payment | $4.74 |
| Median payment | $5.20 |
| Smallest payment | $0.40 |
| Largest payment | $40.00 |
| Total Checks/payments not cleared | 36,675 |
| $ Amount of checks/payments not cleared | $172,071.40 |

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge. This declaration is executed on July 19, 2019 in Philadelphia, Pennsylvania.

Joseph Mahan

# Exhibit A

**Canada Dry (California Class):**

Class Member ID: xxxxxx
Check Number: xxxxxx
Check Amount: xxxxxx
Check Date:    6/28/2019

Dear Claimant:

Pursuant to the Settlement Agreement and Court Orders, attached is a check representing your full and final Settlement Benefit as an approved Claimant in the Court-approved class action settlement styled *Fitzhenry-Russell, et al. v. Keurig Dr Pepper Inc., et al.* United States District Court for the Northern District of California, Case No. 5:17-cv-00564.

Please be advised that you have one hundred twenty (120) calendar days from the date of this Benefit Check, or **October 26, 2019**, to negotiate or deposit the check. Thereafter, your check shall be deemed void and you will not be entitled to receive any payment under the Settlement.

You should consult with your tax advisor to determine the tax consequences, if any, of this Settlement payment.

All inquiries and address changes should be in writing, reference your Class Member ID and/or check number, and be forwarded to the Settlement Administrator using the "Contact" section of the website www.cdgasettlement.com or by mail to Fitzhenry-Russell, et al. v. Keurig Dr Pepper Inc., c/o Settlement Administrator, P.O. Box 58097, Philadelphia, PA 19102-8097. You may also contact the Settlement Administrator by calling the toll-free number 1-833-305-3916.